468 A.2d 821

Commonwealth v. Andrews, Appellant.

Submitted June 16, 1983. Philip T. Seymour, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, McEWEN and HOFFMAN, JJ.

Appeal quashed.

468 A.2d 821

Commonwealth v. Arocho, Appellant.

Petition for Allowance of Appeal
Denied March 15, 1984.

Submitted September 23, 1983. William John Fulton, Assistant Public Defender, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.